# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ruby Foster, Kenneth Mager,

                Plaintiffs,

                                          Civ. No. 04-135 (RHK/AJB)
                                          **ORDER**

v.

St. Jude Medical, Inc.,

                Defendant.

---

     There will be no more supplements to the briefing in this proceeding regarding Plaintiffs' Motion for Class Certification.

Dated: May 17, 2005                                                 s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                           United States District Judge